No. 916. Dairy Products Co. *v.* Sleeth, Health Officer of Monongalia County, West Virginia. C. A. 4th Cir. Certiorari denied. *Glenn Hunter* and *Charles McCamic* for petitioner. *John G. Fox*, Attorney General of West Virginia, and *Albert M. Morgan* for respondent.

No. 941. American Steamship Owners Mutual Protection & Indemnity Association, Inc., *v.* Trinidad Corporation. C. A. 2d Cir. Certiorari denied. *Ira A. Campbell* and *Elmer C. Maddy* for petitioner. *Leonard J. Matteson* for respondent.

No. 774. Landeros *v.* New Jersey. Petition for writ of certiorari to the Supreme Court of New Jersey denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. *Morton Stavis* for petitioner. *Hyman Isaac* for respondent.

No. 809. Sawyer *v.* Barczak, Sheriff. C. A. 7th Cir. The motion to strike respondent's brief is denied. Certiorari also denied. *Alfons B. Landa, Delmar W. Holloman, Warren E. Magee, Carl R. Becker* and *Arthur J. Cerra* for petitioner. *Vernon W. Thomson*, Attorney General of Wisconsin, *William A. Platz*, Assistant Attorney General, and *William J. McCauley* for respondent.

No. 896. McHugh *v.* United States. C. A. 1st Cir. Certiorari denied. Mr. Justice Black is of the opinion certiorari should be granted. *Reuben Goodman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States.